IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICKY COOK,

    Plaintiff,

v.                                                CASE NO. 5:10-cv-00234-RS -GRJ

MIKE SCOTT, et al,

    Defendants.

_____/

# O R D E R

Plaintiff, an inmate proceeding pro se and currently incarcerated at Florida State Prison at Raiford, Florida, has filed a civil rights complaint under 42 U.S.C. §1983 against persons in Ft. Myers, Florida, for events that occurred at the Lee County Jail, also in Ft. Myers, Florida.  Because the Defendants and the events giving rise to the claims occurred in Lee County, which is in the Middle District of Florida, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Ft. Myers Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to dismiss a case when it has been filed in the wrong district or division or, "if it be in the interest of justice," to transfer it to another district or division "in which it could have been brought."

Accordingly, it is

**ORDERED:**

This case is **TRANSFERRED** to the United States District Court for the Middle

District of Florida, Ft. Myers Division, for all further proceedings. The Clerk is directed to take all action necessary to transfer the file to the Ft. Myers Division of the Middle District of Florida.

  **DONE AND ORDERED** this 16th day of September, 2010.

           *s/Gary R. Jones*
           GARY R. JONES
           United States Magistrate Judge